B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Parker, Shaun M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4573** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1091 Westridge Drive**<br>**Waterville, OH**<br>ZIPCODE **43566** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lucas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Parker, Shaun M.** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)            Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Parker, Shaun M.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** /s/ Shaun M. Parker

Signature of Debtor                                    **Shaun M. Parker**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**October 22, 2010**
Date

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**X** /s/ James M. Perlman
Signature of Attorney for Debtor(s)

**James M. Perlman 0019412**
**Groth & Associates**
**416 N. Erie Street Suite 100**
**Toledo, OH 43604-5664**
**(419) 724-1776  Fax: (419) 930-3032**
**jperl@bex.net**

**October 22, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Ohio

IN RE:                                                          Case No. _____

**Parker, Shaun M.** _____     Chapter **7** _____
_____Debtor(s)_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Shaun M. Parker** _____

Date: **October 22, 2010** _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**
☐ **The presumption does not arise**
☐ **The presumption is temporarily inapplicable.**

In re: **Parker, Shaun M.**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>         ☐ I remain on active duty /or/ <br>         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>         OR <br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** Debtor's Income | **Column B** Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ _____</td><td>Spouse $ _____</td></tr></table> | $ | $ |

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. _____ $ _____ <br> b. _____ $ _____ | | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

| | **Part III. APPLICATION OF § 707(B)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: _____ b. Enter debtor's household size: ____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

*(Line 19B total: $ )*

| | |
|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). $ |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

*($ )*

| | |
|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: $ |

| | |
|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) $ |

| | |
|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs, Second Car</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance $ ____<br>b. Disability Insurance $ ____<br>c. Health Savings Account $ ____<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Subpart C: Deductions for Debt Payment** | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | $ |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| | | |
|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | $ |

| | | |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VIII. VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **October 22, 2010**   Signature: **/s/ Shaun M. Parker**<br>(Debtor)<br><br>Date: _____   Signature: _____<br>(Joint Debtor, if any) |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

> Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

> **Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

> Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

> Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

> After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

> **Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

> Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

> **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

> Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

> A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**                                                    Case No. _____

**Parker, Shaun M.** _____    Chapter **7** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                      the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                              the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Parker, Shaun M.** _____    **X** _/s/ Shaun M. Parker_                 **10/22/2010**
Printed Name(s) of Debtor(s)                          Signature of Debtor                          Date

Case No. (if known) _____    **X** _____
                                                      Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**                                                    Case No. _____

**Parker, Shaun M.** _____    Chapter **7** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 267,600.00 | | |
| B - Personal Property | Yes | 3 | $ 30,403.06 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 360,480.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 1,672,585.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 22 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,310.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,940.00 |
| TOTAL | | 51 | $ 298,003.06 | $ 2,033,066.01 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**

Case No. _____

**Parker, Shaun M.**

Chapter **7** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1091 Westridge Drive, Waterville, Ohio 43566 legally described as Lot Number 119 in Mill Creek Farms Plat Six, a Subdivision in the Village of Waterville, Lucas County, Ohio, same being recorded in Official Record 20031202-0093912.  Parcel No. 96-61098** | | **J** | **267,600.00** | **242,113.33** |
| | | **TOTAL** | **267,600.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Parker, Shaun M.** _____     Case No. _____
_____ Debtor(s) _____                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand. | | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 1/2 interest in miscellaneous household goods and furnishings. No one item greater than $525.00 value. | | 9,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Personal books, pictures, music, movies | | 100.00 |
| 6. Wearing apparel. | | Miscellaneous everyday clothing | | 2,000.00 |
| 7. Furs and jewelry. | | Watch, wedding ring | | 150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Beretta pistol; golf clubs | | 300.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance through Cincinnati Life | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity Roth IRA | | 1,833.06 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1/3 owner of Sandman Trucking, Inc.; company defunct | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible 2010 tax refund; debtor reserves right to claim appropriate exemptions** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Honda Odyssey (66,000 miles)** | | **17,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M.                                                    Case No. _____
                        Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **30,403.06** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____  Case No. _____

Debtor(s)  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1091 Westridge Drive, Waterville, Ohio 43566 legally described as Lot Number 119 in Mill Creek Farms Plat Six, a Subdivision in the Village of Waterville, Lucas County, Ohio, same being recorded in Official Record 20031202-0093912.  Parcel No. 96-61098** | **R.C. § 2329.66(A)(1a)(b)** | **21,625.00** | **267,600.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand.** | **R.C. § 2329.66(A)(3)** | **20.00** | **20.00** |
| **1/2 interest in miscellaneous household goods and furnishings.  No one item greater than $525.00 value.** | **R.C. § 2329.66(A)(4)(a)** | **9,000.00** | **9,000.00** |
| **Watch, wedding ring** | **R.C. § 2329.66(A)(4)(c)** | **150.00** | **150.00** |
| **Fidelity Roth IRA** | **R.C. § 2329.66(A)(10)(c)** | **1,833.06** | **1,833.06** |
| **2007 Honda Odyssey (66,000 miles)** | **R.C. § 2329.66(A)(2)** | **3,450.00** | **17,000.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.**                                    Case No. _____
_____
           Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **98097931** <br><br>**American Honda Finance Corp.** <br>**PO Box 5308** <br>**Elgin, IL  60121-5308** | | | **Automobile loan for 2007 Honda Odyssey** <br><br><br>VALUE $ **17,000.00** | | | | **16,226.67** | |
| ACCOUNT NO. **LN-201008967-000** <br><br>**Atlas Oil Company** <br>**24501 Encorse Road** <br>**Taylor, MI  48180** | X | | **Judgment lien** <br><br><br>VALUE $ | | | | **24,875.29** | **24,875.29** |
| ACCOUNT NO. <br><br>**Kevin L. String, Esq.** <br>**23 North Franklin Street, Ste 11** <br>**Chagrin Falls, OH  44022** | | | **Assignee or other notification for:** <br>**Atlas Oil Company** <br><br>VALUE $ | | | | | |
| ACCOUNT NO. **x5688** <br><br>**Fifth Third Bank** <br>**38 Fountain Square Plaza** <br>**Cincinnati, OH  45263** | | | **Installment loan against 1091 Westridge Drive, Waterville, OH 43566-1625** <br><br>VALUE $ **267,600.00** | | | | **1,148.69** | |

_____ **1** continuation sheets attached

|  | Subtotal <br>(Total of this page) | $ **42,250.65** | $ **24,875.29** |
|---|---|---|---|
|  | Total <br>(Use only on last page) | $ | $ |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Parker, Shaun M.** _____  Case No. _____

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

<table>
<tr>
<th rowspan="2">CREDITOR'S NAME AND MAILING ADDRESS<br>INCLUDING ZIP CODE AND ACCOUNT NUMBER.<br><i>(See Instructions Above.)</i></th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</th>
<th rowspan="2">DATE CLAIM WAS INCURRED,<br>NATURE OF LIEN, AND DESCRIPTION AND VALUE OF<br>PROPERTY SUBJECT TO LIEN</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th>AMOUNT OF<br>CLAIM WITHOUT<br>DEDUCTING<br>VALUE OF<br>COLLATERAL</th>
<th>UNSECURED<br>PORTION, IF ANY</th>
</tr>
<tr></tr>
<tr>
<td>ACCOUNT NO. <b>x4331</b><br><br><b>Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263</b></td>
<td></td><td></td>
<td><b>1st mortgage against 1091 Westridge Drive, Waterville, OH 43566-1625</b><br><br>VALUE $ <b>267,000.00</b></td>
<td></td><td></td><td></td>
<td><b>240,964.64</b></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO. <b>LN-201008082-000</b><br><br><b>Huntington National Bank<br>105 East Fourth Street<br>Cincinnati, OH 45202</b></td>
<td><b>X</b></td><td></td>
<td><b>Judgment lien</b><br><br>VALUE $</td>
<td></td><td></td><td></td>
<td><b>73,672.23</b></td>
<td><b>73,672.23</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>William P. Coley, II<br>The Federal Reserve Building<br>150 East Fourth Street<br>Cincinnati, OH 45202</b></td>
<td></td><td></td>
<td><b>Assignee or other notification for:<br>Huntington National Bank</b><br><br>VALUE $</td>
<td></td><td></td><td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO. <b>75993</b><br><br><b>Shrader Tire & Oil<br>P.O. Box 5407<br>Toledo, OH 43613-0407</b></td>
<td><b>X</b></td><td></td>
<td><b>Judgment Lien against Sandman Trucking, Inc. - Possible liability for corporate debt.</b><br><br>VALUE $</td>
<td></td><td></td><td></td>
<td><b>3,593.13</b></td>
<td><b>3,593.13</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Kevin L. String, Esq.<br>23 North Franklin Street, Ste 11<br>Chagrin Falls, OH 44022</b></td>
<td></td><td></td>
<td><b>Assignee or other notification for:<br>Shrader Tire & Oil</b><br><br>VALUE $</td>
<td></td><td></td><td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><br></td>
<td></td><td></td>
<td>VALUE $</td>
<td></td><td></td><td></td>
<td></td>
<td></td>
</tr>
</table>

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **318,230.00** | $ **77,265.36**

Total
(Use only on last page) $ **360,480.65** | $ **102,140.65**

(Report also on
Summary of
Schedules.)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and Related
Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Parker, Shaun M.** _____ Case No. _____

Debtor(s)                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
                                     Debtor(s)                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ohio Department Of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530** | X | | **Sales tax due from Sandman Trucking, Inc.** | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to               Subtotal
Schedule of Creditors Holding Unsecured Priority Claims    (Totals of this page)    $        $        $

                                              Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

                                              Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $        $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M.                                                                 Case No. _____
_____                                                    _____
                            Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **94642195**<br><br>**ADT Security Services**<br>**P.O. Box 371967**<br>**Pittsburg, PA  15250-7300** | X | | **Security service charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **206.90** |
| ACCOUNT NO. **502923**<br><br>**Alliance Designer**<br>**225 Blvd. Bellerose West**<br>**Laval QUEBEC, CANADA,    H7L 6A1** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **4,624.80** |
| ACCOUNT NO. **3783-4853-xxxx-xxxx**<br><br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX  79998-1535** | X | | **Misc. revolving credit card charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **5,436.12** |
| ACCOUNT NO.<br><br>**AmeriState Transportation**<br>**52075 TR 509**<br>**Fresno, OH  43824-9420** | X | | **Misc. revolving credit card charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **3,360.00** |

**16** continuation sheets attached

Subtotal
(Total of this page)  $  **13,627.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
                          Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Arrow Print & Copy** <br> **P.O. Box 476** <br> **Toledo, OH 43697-0476** | X | | **Printing service charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 2,488.26 |
| ACCOUNT NO. **13-120550** <br> **Arrow Uniform** <br> **6400 Monroe Blvd** <br> **Taylor, MI 48180-1899** | X | | **Uniform service charges due from Sandman Trucking, Inc. - Possible liability for corporate debt** | | | | 31.55 |
| ACCOUNT NO. **9974** <br> **Artistic Memorials, LTD.** <br> **12551 Jefferson Street** <br> **Perrysburg, OH 43551** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt** | | | | 75.00 |
| ACCOUNT NO. <br> **Ayers Supply, Inc.** <br> **2036 Newton Ransom** <br> **Clarks Summit, PA 18411-9693** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 914.07 |
| ACCOUNT NO. **26030** <br> **B & B Truck Equipment, Inc.** <br> **1251 100th St. SW** <br> **Bryan Center, MI 49315** | X | | **Equipment charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 322.12 |
| ACCOUNT NO. **5490-9918-2129-2493** <br> **Bank Of America** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850-5026** | | | **Misc. revolving credit card charges** | | | | 1,558.46 |
| ACCOUNT NO. <br> **Best Sand Corporation/Fairmount** <br> **P.O. Box 931707** <br> **Cleveland, OH 44193-1815** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt** | | | | 931.14 |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,320.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Parker, Shaun M.** _____ Case No. _____
Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bluffton Stone Company**<br>**P.O. Box 26**<br>**Bluffton, OH  45817-0026** | X | | **Charges due from Sandman Trucking, Inc. -**<br>**Possible liability for corporate debt.** | | | | 5,197.26 |
| ACCOUNT NO. **2064**<br>**Boulder Select**<br>**3930 Old Smithville Hwy.**<br>**Sparta, TN  38583-5814** | X | | **Charges due from Sandman Trucking, Inc. -**<br>**Possible liability for corporate debt.** | | | | 1,768.00 |
| ACCOUNT NO. **14659101**<br>**Bowser-Morner, Inc.**<br>**PO Box 51**<br>**Dayton, OH  45401-0051** | X | | **Charges due from Sandman Trucking, Inc. -**<br>**Possible liability for corporate debt.** | | | | 1,125.00 |
| ACCOUNT NO.<br>**Brickstop Corporation**<br>**205 Champagne Drive, Unit 3A**<br>**Toronto, Ontario, CANADA,    M3J2C6** | X | | **Charges due from Sandman Trucking, Inc. -**<br>**Possible liability for corporate debt.** | | | | 4,896.00 |
| ACCOUNT NO. **200904-276**<br>**Bruce Wallace Transportation Services**<br>**6 Pelletier, Salaberry-De-Valleyfield**<br>**Quebec, CANADA,    J6T6E9** | X | | **Charges due from Sandman Trucking, Inc. -**<br>**Possible liability for corporate debt.** | | | | 1,300.00 |
| ACCOUNT NO. **1094468838**<br>**C.H. Robinson Co., Inc.**<br>**P.O. Box 9121**<br>**Minneapolis, MN  55480-9121** | X | | **Charges due from Sandman Trucking, Inc. -**<br>**Possible liability for corporate debt.** | | | | 2,000.00 |
| ACCOUNT NO. **4115-0720-xxxx-xxxx**<br>**Capital One**<br>**Bankruptcy Dept.**<br>**PO Box 85167**<br>**Richmond, VA  23285-5167** | X | | **Misc. revolving credit card charges due from**<br>**Sandman Trucking, Inc. - Possible liability for**<br>**corporate debt.** | | | | 350.62 |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,636.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____

Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4791-2419-xxxx-xxxx**<br>**Capital One**<br>**Bankruptcy Dept.**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | X | | **Misc. revolving credit card charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **719.52** |
| ACCOUNT NO. **1400**<br>**Castle Rock Quarries, Inc.**<br>**PO Box 5773**<br>**Chattanooga, TN 37406-0773** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **1,885.90** |
| ACCOUNT NO.<br>**Chrysler Financal**<br>**P.O. Box 9223**<br>**Farmington Hills, MI 48333-9223** | | | **Balance due from lease turn-in; balance is approximate.** | | | | **2,000.00** |
| ACCOUNT NO. **6146477L**<br>**Cincinnati Life**<br>**PO Box 145496**<br>**Cincinnati, OH 45250-5496** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **542.59** |
| ACCOUNT NO. **5419-3101-5017-6995**<br>**Citi Cards**<br>**PO Box 142319**<br>**Irving, TX 75014-2319** | | | **Misc. revolving credit card charges** | | | | **11,711.36** |
| ACCOUNT NO.<br>**CitiCapital**<br>**PO Box 168647**<br>**Irving, TX 75016-8647** | X | | **Possible liability for corporate debt by Sandman Trucking, Inc.** | | | | **unknown** |
| ACCOUNT NO.<br>**Colorado Quarries, Inc.**<br>**270 S. 15th Street**<br>**Canon City, CO 81212-3904** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **1,234.03** |

Sheet no. **3** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,093.40**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Parker, Shaun M.** _____ Case No. _____
_____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Commercial Credit Group, Inc.** 121 West Trade Street, Suite 2100 Charlotte, NC  28202 | X | | Possible liability for corporate debt from Sandman Trucking, Inc. | | | | **unknown** |
| ACCOUNT NO. **Commercial Hauling Co., Inc.** P.O. Box 5798 Birmingham, AL  35207-0798 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt | | | | **1,840.00** |
| ACCOUNT NO. **9206** **Creative Stone** 4011 South Avenue Toledo, OH  43615 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | **1,095.00** |
| ACCOUNT NO. **CTE Sand & Gravel** P.O. Box 588 Clinton, MI  49236-0588 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | **502.66** |
| ACCOUNT NO. **Culligan Water** P.O. Box 611 Toledo, OH  43697-0611 | X | | Water service charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | **606.10** |
| ACCOUNT NO. **00121051** **Curv-Rite, Inc.** 3603 North Main Street Wayland, MI  49348 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | **6,364.23** |
| ACCOUNT NO. **D.T.S., L.L.C.** P.O. Box 212 Holland, OH  43528-0212 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | **13,786.25** |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,194.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Delaware Quarries, Inc. <br> P.O. Box 778 <br> New Hopes, PA  18938-0778 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 1,367.60 |
| ACCOUNT NO. <br> Dillon Transport, Inc. <br> 289 Blue Stone Hills Dr. <br> Harrisonburg, VA  22801-3412 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 1,600.00 |
| ACCOUNT NO. **ending in 9842** <br> Discover Card <br> P.O. Box 30943 <br> Salt Lake City, UT  84130 | | | Misc. revolving credit card charges | | | | 5,796.38 |
| ACCOUNT NO. <br> Don Miley Paper <br> 6910 Greentree Ln. <br> Maumee, OH  43537 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 463.05 |
| ACCOUNT NO. <br> Dunigan Bros. Inc. <br> 911 E. South Street <br> Jackson, MI  49203-4404 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 3,599.00 |
| ACCOUNT NO. <br> Earthcore Industries, LLC <br> P.O. Box 277712 <br> Atlanta, GA  30384-7712 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 3,072.95 |
| ACCOUNT NO. **IN-51106** <br> Eden Stone Company <br> 4520 Lime Road <br> Eden, WI  53019 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 3,228.50 |

Sheet no. **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **19,127.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
                Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**F. Hammond Rubble Stone Supplies**<br>P.O. Box 38<br>Flat Rock, OH  44828-0038 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 2,762.60 |
| ACCOUNT NO.<br>**Fabriscape, Inc.**<br>6398 W. 74th Street<br>Bedford Park, IL  60638-6129 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 5,605.24 |
| ACCOUNT NO.<br>**Fleet One Factoring**<br>P.O. Box 102970<br>Atlanta, GA  30368-2970 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 1,285.00 |
| ACCOUNT NO.<br>**Fleet Pride**<br>P.O Box 281811<br>Atlanta, GA  30384-1811 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 1,723.50 |
| ACCOUNT NO. **10635081xxx**<br>**Flower Hospital**<br>P.O. Box 630339<br>Cincinnati, OH  45263-0339 | | | Misc. medical services | | | | 1,615.71 |
| ACCOUNT NO. **23632**<br>**Fuller Five Landscape Supply**<br>P.O. Box 150<br>Cusseta, AL  36852-0150 | X | | Landscape supply charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 448.87 |
| ACCOUNT NO.<br>**Gerken Materials, Inc.**<br>P.O. Box 607<br>Napoleon, OH  43545-0607 | X | | Material charges due from Sandman Trucking, Inc. - Possible liability for corporate debt. | | | | 3,435.10 |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **16,876.02**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____  Case No. _____
    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Halquist Stone**<br>**P.O. Box 308**<br>**Sussex, WI 53089-0308** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **5,708.00** |
| ACCOUNT NO.<br>**Hambly Trucking**<br>**P.O. Box 24**<br>**Delta, OH 43515-0024** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **65.00** |
| ACCOUNT NO.<br>**Henri Studio, LLC**<br>**Dept. 5405**<br>**P.O. Box 1170**<br>**Milwaukee, WI 53201-1170** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **770.54** |
| ACCOUNT NO. **CI-201001672-000**<br>**Huntington National Bank**<br>**519 Madison Avenue**<br>**Toledo, OH 43604** | X | | **Judgment against Sandman Trucking, Inc.; debtor is guarantor** | | | | **1,314,864.28** |
| ACCOUNT NO.<br>**Jonathan M. Hanna, Esq.**<br>**Lyden, Liebenthal & Chappell**<br>**5470 Main Street, Suite 300**<br>**Sylvania, OH 43560** | | | **Assignee or other notification for:**<br>**Huntington National Bank** | | | | |
| ACCOUNT NO. **LN-201009372-000**<br>**Huntington National Bank**<br>**105 East Fourth Street**<br>**Cincinnati, OH 45202** | X | | **Judgment Lien** | | | | **77,491.37** |
| ACCOUNT NO.<br>**Indiana Limestone Company**<br>**P.O. Box 1560**<br>**Bedford, IN 47421-6560** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **3,237.78** |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,402,136.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.**            Case No. _____
<br>Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **88784** <br> **J & N Stone** <br> **905 E. Waterford** <br> **Wakarusa, IN  46573-9560** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **341.77** |
| ACCOUNT NO. <br> **JPMorgan Chase Bank, N.A.** <br> **1111 Polaris Parkway** <br> **Columbus, OH  43240** | X | | **Possible liability for Sandman Trucking, Inc. lease of company vehicle 2007 Chevrolet** | | | | **unknown** |
| ACCOUNT NO. <br> **Kafka Granite, LLC** <br> **101 S. Weber Avenue** <br> **Stratford, WI  54484-9301** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **1,915.40** |
| ACCOUNT NO. <br> **Keene Carriers, Inc.** <br> **P.O. Box H** <br> **Rosedale, VA  24280-0200** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **10,580.84** |
| ACCOUNT NO. **60500G** <br> **Kemper Investors** <br> **P.O. Box 740518** <br> **Atlanta, GA  30374-0518** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **399.60** |
| ACCOUNT NO. **401175** <br> **Kenlite** <br> **1797 Coral Ridge Road** <br> **Shepardsville, KY  40165** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **1,348.38** |
| ACCOUNT NO. <br> **Kevin Nolan Trucking & Construction, LLC** <br> **10237 Rice Street** <br> **Maybee, MI  48159-9603** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **585.00** |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,170.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Parker, Shaun M.** _____ Case No. _____
                                    Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **777-0054239**<br>**Komatsu Financial**<br>**P.O. Box 99303**<br>**Chicago, IL 60693-9303** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **9,136.88** |
| ACCOUNT NO.<br>**LEAF Financial Corporation**<br>**One Commerce Square**<br>**2005 Market Street, 15th Floor**<br>**Philadelphia, PA 19103** | X | | **Possible liability for Sandman Trucking, Inc. lease** | | | | **unknown** |
| ACCOUNT NO. **9800-7018-xxxx-xxxx**<br>**Lowe's / GE Money Bank**<br>**Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **415.44** |
| ACCOUNT NO. **13550**<br>**Majestic Stone, Inc.**<br>**6219 Ogden Road**<br>**Dayton, TN 37321-6613** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **3,116.99** |
| ACCOUNT NO. **23033**<br>**Meshoppen Stone, Inc.**<br>**P.O. Box 127**<br>**Meshoppen, PA 18630-0127** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **2,595.00** |
| ACCOUNT NO.<br>**Mohr Trucking**<br>**4764 Co. Rd. 3**<br>**Swanton, OH 43558-9048** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **816.45** |
| ACCOUNT NO. **5243-2400-6738-2810**<br>**Optimum MasterCard**<br>**PO Box 80051**<br>**Salinas, CA 93912-0069** | | | **Misc. revolving credit card charges** | | | | **2,434.87** |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,515.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PACCAR Financial Corp.<br>P.O. Box 1518<br>Bellevue, WA 98009-1518** | X | | **Possible liability for Sandman Trucking, Inc. equipment lease** | | | | **0.00** |
| ACCOUNT NO.<br>**PACCAR Financial Corp. - Midwest<br>1901 N. Roselle Road, Suite 900<br>Schaumburg, IL 60195** | | | **Assignee or other notification for:<br>PACCAR Financial Corp.** | | | | |
| ACCOUNT NO. **002446**<br>**Parker Tire<br>6001 U.S. Rt. 20A<br>Delta, OH 43515-9361** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **125.00** |
| ACCOUNT NO.<br>**Phoenix Stone Co.<br>74 Floral Avenue<br>Mt. Clemens, MI 48043-2153** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **10,070.12** |
| ACCOUNT NO.<br>**Prestige Stone Products, LLC<br>4469 CR 229<br>Fredericksburg, OH 44627-9426** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **1,557.49** |
| ACCOUNT NO. **053376**<br>**Red Flint Sand & Gravel, LLC<br>1 American Blvd.<br>Eau Claire, WI 54701-6145** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **873.94** |
| ACCOUNT NO. **19436**<br>**Red Rock Granite, Inc.<br>1406 State Highway 107<br>Mosinee, WI 54455** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **323.68** |

Sheet no. **10** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,950.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **231093** <br> **Robison, Curphey & O'Connell, LLC** <br> **4 Seagate, 9th Floor** <br> **Toledo, OH  43604** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **675.00** |
| ACCOUNT NO. <br> **Round Lake Sand & Gravel** <br> **P.O. Box 607** <br> **Napoleon, OH  43545-0607** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **4,340.56** |
| ACCOUNT NO. <br> **S. Parker Trucking, LLC** <br> **8875 Shroeder Road** <br> **Riga, MI  49276-9603** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **723.68** |
| ACCOUNT NO. <br> **Seagate Office Products** <br> **1044 Hamilton Drive** <br> **Holland, OH  43528-8210** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **1,378.05** |
| ACCOUNT NO. **132** <br> **Seal King U.S. Division** <br> **14 Melanie Dr., Unit #14** <br> **Brampton, Ontario CANADA,     L6T 4L3** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **2,203.00** |
| ACCOUNT NO. **107961** <br> **Semco Stone** <br> **50 Robinson Industrial Dr.** <br> **Perryville, MO  63775-3074** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **2,845.63** |
| ACCOUNT NO. <br> **Sentinel-Tribune** <br> **PO Box 88** <br> **Bowling Green, OH  43402-0088** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | **159.00** |

Sheet no. ___**11**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,324.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____
<span style="text-align:center">Debtor(s)</span> <span>(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **656-958-642**<br><br>**Shell Oil**<br>**P.O. Box 183019**<br>**Columbus, OH 43218-3019** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 14,427.92 |
| ACCOUNT NO.<br><br>**Smart-Link Systems**<br>**P.O. Box 382**<br>**Oak Harbor, OH 43449-0382** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 120.00 |
| ACCOUNT NO.<br><br>**Stansley Mineral Resources**<br>**P.O. Box 76789**<br>**Cleveland, OH 44101-6500** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 6,568.32 |
| ACCOUNT NO.<br><br>**Stone Age Creations, LTD**<br>**40 South Main St.**<br>**New London, OH 44851-1138** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debt.** | | | | 1,070.00 |
| ACCOUNT NO.<br><br>**Stoneco, Inc.**<br>**P.O. Box 71-4724**<br>**Columbus, OH 43271** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 9,204.68 |
| ACCOUNT NO.<br><br>**Suburban Sanitation**<br>**P.O. Box 206**<br>**Holland, OH 43528-0206** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 537.00 |
| ACCOUNT NO. **2100386**<br><br>**Sylvania Herald**<br>**405 N. Main Street**<br>**Delphos, OH 45833-1577** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 295.80 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) $   32,223.72

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.**                                         Case No. _____
_____                                    _____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **T & J Excavating & Tree Cleaning** <br> **8860 Geiser Road** <br> **Holland, OH  43528-9021** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 2,464.58 |
| ACCOUNT NO. <br> **T.R. Worline & Assoc., Inc.** <br> **210 S. Main Street** <br> **Swanton, OH  43558-1347** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 5,151.00 |
| ACCOUNT NO. **10292** <br> **Table Rock Quarries, Inc.** <br> **938 Hwy. 70 West** <br> **Marion, NC  28752-5825** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 2,550.00 |
| ACCOUNT NO. <br> **Tawa Tree Service** <br> **8420 CR 140** <br> **Findlay, OH  45840-1829** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 3,010.00 |
| ACCOUNT NO. <br> **Tebay & Associates** <br> **885 Commerce Drive** <br> **Perrysburg, OH  43551** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 21,853.80 |
| ACCOUNT NO. **206706** <br> **Tennessee Natural Stone & Landscape** <br> **976 Happy Top Road** <br> **Grandview, TN  37337-5039** | X | | **Pending lawsuit ; charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 4,872.29 |
| ACCOUNT NO. <br> **The Mirror Newspaper** <br> **113 W. Wayne Street** <br> **Maumee, OH  43537** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 480.00 |

Sheet no. **13** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **40,381.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
   Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Wright Mulch<br>700 East Hanthorn Rd.<br>Lima, OH 45804-3826** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 4,320.00 |
| ACCOUNT NO. **16210**<br>**Titan Construction Supply, Inc.<br>P.O. Box 1020<br>Maumee, OH 43537** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 1,000.00 |
| ACCOUNT NO. **420537**<br>**Toledo Blade<br>P.O. Box 984<br>Toledo, OH 43697-0984** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 5,261.00 |
| ACCOUNT NO. **11-00-42-7**<br>**Toledo Edison<br>P.O. Box 3638<br>Akron, OH 44309-3638** | X | | **Electric charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 57.57 |
| ACCOUNT NO. **7467**<br>**Toledo Free Press<br>605 Monroe Street<br>Toledo, OH 43604-1015** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | 1,600.00 |
| ACCOUNT NO. **106649977**<br>**Toledo Hospital<br>2142 N. Cove Blvd.<br>Toledo, OH 43606** | | | **Misc. medical services; date of service 6/25/09** | | | | 1,530.23 |
| ACCOUNT NO.<br>**United Collection Bureau, Inc.<br>P.O. Box 140190<br>5620 Southwyck Blvd.<br>Toledo, OH 43614-0190** | | | **Assignee or other notification for:<br>Toledo Hospital** | | | | |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,768.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.**  Case No. _____
_____   (If known)
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **46131**<br>Transportation, Inc.<br>P.O. Box 369<br>Ottawa, KS 66067-0369 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 963.20 |
| ACCOUNT NO.<br>Transtar Electric<br>767 Warehouse Rd. Ste. B<br>Toledo, OH 43615-6491 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 2,138.27 |
| ACCOUNT NO.<br>Tri County Block & Brick<br>1628 U.S. 20A<br>Swanton, OH 43558-8662 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 1,748.88 |
| ACCOUNT NO. **68564052**<br>Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-3505 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 1,088.64 |
| ACCOUNT NO.<br>Waldron Trucking<br>3350 Co. Rd. EF<br>Swanton, OH 43558-9718 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 897.75 |
| ACCOUNT NO. **5544**<br>West Alabama Sand & Gravel<br>146 Co. Rd. 136<br>Fayette, AL 35555 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 460.00 |
| ACCOUNT NO. **128835**<br>Whitacre Greer Co., Inc.<br>P.O. Box 71-4531<br>Columbus, OH 43271-4531 | X | | Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts. | | | | 731.92 |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **8,028.66**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

IN RE <u>Parker, Shaun M.</u> Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Whiteford Kenworth<br>P.O. Box 76<br>Southbend, IN  46624-0076** | X | | **Charges due from Sandman Trucking, Inc. - Possible liability for corporate debts.** | | | | **2,207.33** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**16**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,207.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,672,585.36**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____   Case No. _____
                            Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____
<span style="padding-left:3em">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Nancy Parker<br>6025 Tournament Drive<br>Waterville, OH  43566 | Huntington National Bank<br>519 Madison Avenue<br>Toledo, OH  43604<br><br>Atlas Oil Company<br>24501 Encorse Road<br>Taylor, MI  48180<br><br>Ohio Department Of Taxation<br>Attn:  Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH  43216-0530<br><br>ADT Security Services<br>P.O. Box 371967<br>Pittsburg, PA  15250-7300<br><br>Alliance Designer<br>225 Blvd. Bellerose West<br>Laval QUEBEC, CANADA,     H7L 6A1<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX  79998-1535<br><br>AmeriState Transportation<br>52075 TR 509<br>Fresno, OH  43824-9420<br><br>Arrow Print & Copy<br>P.O. Box 476<br>Toledo, OH  43697-0476<br><br>Arrow Uniform<br>6400 Monroe Blvd<br>Taylor, MI  48180-1899<br><br>Artistic Memorials, LTD.<br>12551 Jefferson Street<br>Perrysburg, OH  43551<br><br>Ayers Supply, Inc.<br>2036 Newton Ransom<br>Clarks Summit, PA  18411-9693<br><br>B & B Truck Equipment, Inc.<br>1251 100th St. SW<br>Bryan Center, MI  49315<br><br>Best Sand Corporation/Fairmount |

**IN RE** Parker, Shaun M.          Case No. _____
                 Debtor(s)                                     (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | P.O. Box 931707<br>Cleveland, OH  44193-1815<br><br>Bluffton Stone Company<br>P.O. Box 26<br>Bluffton, OH  45817-0026<br><br>Boulder Select<br>3930 Old Smithville Hwy.<br>Sparta, TN  38583-5814<br><br>Bowser-Morner, Inc.<br>PO Box 51<br>Dayton, OH  45401-0051<br><br>Brickstop Corporation<br>205 Champagne Drive, Unit 3A<br>Toronto, Ontario, CANADA,    M3J2C6<br><br>Bruce Wallace Transportation Services<br>6 Pelletier, Salaberry-De-Valleyfield<br>Quebec, CANADA,    J6T6E9<br><br>C.H. Robinson Co., Inc.<br>P.O. Box 9121<br>Minneapolis, MN  55480-9121<br><br>Capital One<br>Bankruptcy Dept.<br>PO Box 85167<br>Richmond, VA  23285-5167<br><br>Capital One<br>Bankruptcy Dept.<br>PO Box 85167<br>Richmond, VA  23285-5167<br><br>Castle Rock Quarries, Inc.<br>PO Box 5773<br>Chattanooga, TN  37406-0773<br><br>Cincinnati Life<br>PO Box 145496<br>Cincinnati, OH  45250-5496<br><br>Colorado Quarries, Inc.<br>270 S. 15th Street<br>Canon City, CO  81212-3904<br><br>Commercial Hauling Co., Inc.<br>P.O. Box 5798<br>Birmingham, AL  35207-0798<br><br>Creative Stone<br>4011 South Avenue<br>Toledo, OH  43615<br><br>CTE Sand & Gravel |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                                            Case No. _____

Debtor(s)                                            (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | P.O. Box 588<br>Clinton, MI 49236-0588<br><br>Culligan Water<br>P.O. Box 611<br>Toledo, OH 43697-0611<br><br>Curv-Rite, Inc.<br>3603 North Main Street<br>Wayland, MI 49348<br><br>D.T.S., L.L.C.<br>P.O. Box 212<br>Holland, OH 43528-0212<br><br>Delaware Quarries, Inc.<br>P.O. Box 778<br>New Hopes, PA 18938-0778<br><br>Dillon Transport, Inc.<br>289 Blue Stone Hills Dr.<br>Harrisonburg, VA 22801-3412<br><br>Don Miley Paper<br>6910 Greentree Ln.<br>Maumee, OH 43537<br><br>Dunigan Bros. Inc.<br>911 E. South Street<br>Jackson, MI 49203-4404<br><br>Earthcore Industries, LLC<br>P.O. Box 277712<br>Atlanta, GA 30384-7712<br><br>Eden Stone Company<br>4520 Lime Road<br>Eden, WI 53019<br><br>F. Hammond Rubble Stone Supplies<br>P.O. Box 38<br>Flat Rock, OH 44828-0038<br><br>Fabriscape, Inc.<br>6398 W. 74th Street<br>Bedford Park, IL 60638-6129<br><br>Fleet One Factoring<br>P.O. Box 102970<br>Atlanta, GA 30368-2970<br><br>Fleet Pride<br>P.O Box 281811<br>Atlanta, GA 30384-1811<br><br>Fuller Five Landscape Supply<br>P.O. Box 150<br>Cusseta, AL 36852-0150 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Gerken Materials, Inc.<br>P.O. Box 607<br>Napoleon, OH 43545-0607<br><br>Halquist Stone<br>P.O. Box 308<br>Sussex, WI 53089-0308<br><br>Hambly Trucking<br>P.O. Box 24<br>Delta, OH 43515-0024<br><br>Henri Studio, LLC<br>Dept. 5405<br>P.O. Box 1170<br>Milwaukee, WI 53201-1170<br><br>Indiana Limestone Company<br>P.O. Box 1560<br>Bedford, IN 47421-6560<br><br>J & N Stone<br>905 E. Waterford<br>Wakarusa, IN 46573-9560<br><br>Kafka Granite, LLC<br>101 S. Weber Avenue<br>Stratford, WI 54484-9301<br><br>Keene Carriers, Inc.<br>P.O. Box H<br>Rosedale, VA 24280-0200<br><br>Kemper Investors<br>P.O. Box 740518<br>Atlanta, GA 30374-0518<br><br>Kenlite<br>1797 Coral Ridge Road<br>Shepardsville, KY 40165<br><br>Kevin Nolan Trucking & Construction, LLC<br>10237 Rice Street<br>Maybee, MI 48159-9603<br><br>Lowe's / GE Money Bank<br>Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076<br><br>Majestic Stone, Inc.<br>6219 Ogden Road<br>Dayton, TN 37321-6613<br><br>Meshoppen Stone, Inc.<br>P.O. Box 127<br>Meshoppen, PA 18630-0127 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                             Case No. _____

Debtor(s)                                             (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Mohr Trucking**<br>4764 Co. Rd. 3<br>Swanton, OH  43558-9048<br><br>**Parker Tire**<br>6001 U.S. Rt. 20A<br>Delta, OH  43515-9361<br><br>**Phoenix Stone Co.**<br>74 Floral Avenue<br>Mt. Clemens, MI  48043-2153<br><br>**Prestige Stone Products, LLC**<br>4469 CR 229<br>Fredericksburg, OH  44627-9426<br><br>**Red Flint Sand & Gravel, LLC**<br>1 American Blvd.<br>Eau Claire, WI  54701-6145<br><br>**Red Rock Granite, Inc.**<br>1406 State Highway 107<br>Mosinee, WI  54455<br><br>**Robison, Curphey & O'Connell, LLC**<br>4 Seagate, 9th Floor<br>Toledo, OH  43604<br><br>**Round Lake Sand & Gravel**<br>P.O. Box 607<br>Napoleon, OH  43545-0607<br><br>**S. Parker Trucking, LLC**<br>8875 Shroeder Road<br>Riga, MI  49276-9603<br><br>**Seagate Office Products**<br>1044 Hamilton Drive<br>Holland, OH  43528-8210<br><br>**Seal King U.S. Division**<br>14 Melanie Dr., Unit #14<br>Brampton, Ontario CANADA,     L6T 4L3<br><br>**Semco Stone**<br>50 Robinson Industrial Dr.<br>Perryville, MO  63775-3074<br><br>**Sentinel-Tribune**<br>PO Box 88<br>Bowling Green, OH  43402-0088<br><br>**Shell Oil**<br>P.O. Box 183019<br>Columbus, OH  43218-3019<br><br>**Shrader Tire & Oil** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M.        Case No. _____
<br>Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | P.O. Box 5407<br>Toledo, OH 43613-0407 |
| | Smart-Link Systems<br>P.O. Box 382<br>Oak Harbor, OH 43449-0382 |
| | Stansley Mineral Resources<br>P.O. Box 76789<br>Cleveland, OH 44101-6500 |
| | Stone Age Creations, LTD<br>40 South Main St.<br>New London, OH 44851-1138 |
| | Stoneco, Inc.<br>P.O. Box 71-4724<br>Columbus, OH 43271 |
| | Suburban Sanitation<br>P.O. Box 206<br>Holland, OH 43528-0206 |
| | Sylvania Herald<br>405 N. Main Street<br>Delphos, OH 45833-1577 |
| | T & J Excavating & Tree Cleaning<br>8860 Geiser Road<br>Holland, OH 43528-9021 |
| | T.R. Worline & Assoc., Inc.<br>210 S. Main Street<br>Swanton, OH 43558-1347 |
| | Table Rock Quarries, Inc.<br>938 Hwy. 70 West<br>Marion, NC 28752-5825 |
| | Tawa Tree Service<br>8420 CR 140<br>Findlay, OH 45840-1829 |
| | Tebay & Associates<br>885 Commerce Drive<br>Perrysburg, OH 43551 |
| | Tennessee Natural Stone & Landscape<br>976 Happy Top Road<br>Grandview, TN 37337-5039 |
| | The Mirror Newspaper<br>113 W. Wayne Street<br>Maumee, OH 43537 |
| | The Wright Mulch<br>700 East Hanthorn Rd.<br>Lima, OH 45804-3826 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____   Case No. _____
                                   Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | **Titan Construction Supply, Inc.**<br>P.O. Box 1020<br>Maumee, OH  43537 |
| | **Toledo Blade**<br>P.O. Box 984<br>Toledo, OH  43697-0984 |
| | **Toledo Edison**<br>P.O. Box 3638<br>Akron, OH  44309-3638 |
| | **Toledo Free Press**<br>605 Monroe Street<br>Toledo, OH  43604-1015 |
| | **Transportation, Inc.**<br>P.O. Box 369<br>Ottawa, KS  66067-0369 |
| | **Transtar Electric**<br>767 Warehouse Rd. Ste. B<br>Toledo, OH  43615-6491 |
| | **Tri County Block & Brick**<br>1628 U.S. 20A<br>Swanton, OH  43558-8662 |
| | **Verizon  Wireless**<br>P.O. Box 25505<br>Lehigh Valley, PA  18002-3505 |
| | **Waldron Trucking**<br>3350 Co. Rd. EF<br>Swanton, OH  43558-9718 |
| | **West Alabama Sand & Gravel**<br>146 Co. Rd. 136<br>Fayette, AL  35555 |
| | **Whitacre Greer Co., Inc.**<br>P.O. Box 71-4531<br>Columbus, OH  43271-4531 |
| | **Whiteford Kenworth**<br>P.O. Box 76<br>Southbend, IN  46624-0076 |
| | **Huntington National Bank**<br>105 East Fourth Street<br>Cincinnati, OH  45202 |
| | **Huntington National Bank**<br>105 East Fourth Street<br>Cincinnati, OH  45202 |
| | **Komatsu Financial** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                                                    Case No. _____
Debtor(s)                                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | P.O. Box 99303<br>Chicago, IL 60693-9303<br><br>LEAF Financial Corporation<br>One Commerce Square<br>2005 Market Street, 15th Floor<br>Philadelphia, PA 19103<br><br>JPMorgan Chase Bank, N.A.<br>1111 Polaris Parkway<br>Columbus, OH 43240<br><br>CitiCapital<br>PO Box 168647<br>Irving, TX 75016-8647<br><br>PACCAR Financial Corp.<br>P.O. Box 1518<br>Bellevue, WA 98009-1518<br><br>Commercial Credit Group, Inc.<br>121 West Trade Street, Suite 2100<br>Charlotte, NC 28202 |
| Robert H. Parker, Jr.<br>7033 Nightingale Drive<br>Holland, OH 43528 | Huntington National Bank<br>519 Madison Avenue<br>Toledo, OH 43604<br><br>Atlas Oil Company<br>24501 Encorse Road<br>Taylor, MI 48180<br><br>Ohio Department Of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530<br><br>ADT Security Services<br>P.O. Box 371967<br>Pittsburg, PA 15250-7300<br><br>Alliance Designer<br>225 Blvd. Bellerose West<br>Laval QUEBEC, CANADA,    H7L 6A1<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535<br><br>AmeriState Transportation<br>52075 TR 509<br>Fresno, OH 43824-9420<br><br>Arrow Print & Copy<br>P.O. Box 476<br>Toledo, OH 43697-0476<br><br>Arrow Uniform<br>6400 Monroe Blvd |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____
<span style="font-size:small">Debtor(s)</span> <span style="font-size:small">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Taylor, MI  48180-1899 |
| | **Artistic Memorials, LTD.**<br>**12551 Jefferson Street**<br>**Perrysburg, OH  43551** |
| | **Ayers Supply, Inc.**<br>**2036 Newton Ransom**<br>**Clarks Summit, PA  18411-9693** |
| | **B & B Truck Equipment, Inc.**<br>**1251 100th St. SW**<br>**Bryan Center, MI  49315** |
| | **Best Sand Corporation/Fairmount**<br>**P.O. Box 931707**<br>**Cleveland, OH  44193-1815** |
| | **Bluffton Stone Company**<br>**P.O. Box 26**<br>**Bluffton, OH  45817-0026** |
| | **Boulder Select**<br>**3930 Old Smithville Hwy.**<br>**Sparta, TN  38583-5814** |
| | Bowser-Morner, Inc.<br>PO Box 51<br>Dayton, OH  45401-0051 |
| | **Brickstop Corporation**<br>**205 Champagne Drive, Unit 3A**<br>**Toronto, Ontario, CANADA,    M3J2C6** |
| | **Bruce Wallace Transportation Services**<br>**6 Pelletier, Salaberry-De-Valleyfield**<br>**Quebec, CANADA,    J6T6E9** |
| | **C.H. Robinson Co., Inc.**<br>**P.O. Box 9121**<br>**Minneapolis, MN  55480-9121** |
| | **Capital One**<br>**Bankruptcy Dept.**<br>**PO Box 85167**<br>**Richmond, VA  23285-5167** |
| | **Capital One**<br>**Bankruptcy Dept.**<br>**PO Box 85167**<br>**Richmond, VA  23285-5167** |
| | **Castle Rock Quarries, Inc.**<br>**PO Box 5773**<br>**Chattanooga, TN  37406-0773** |
| | **Cincinnati Life**<br>**PO Box 145496** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Parker, Shaun M. _____  Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Cincinnati, OH  45250-5496 |
| | Colorado Quarries, Inc.<br>270 S. 15th Street<br>Canon City, CO  81212-3904 |
| | Commercial Hauling Co., Inc.<br>P.O. Box 5798<br>Birmingham, AL  35207-0798 |
| | Creative Stone<br>4011 South Avenue<br>Toledo, OH  43615 |
| | CTE Sand & Gravel<br>P.O. Box 588<br>Clinton, MI  49236-0588 |
| | Culligan Water<br>P.O. Box 611<br>Toledo, OH  43697-0611 |
| | Curv-Rite, Inc.<br>3603 North Main Street<br>Wayland, MI  49348 |
| | D.T.S.,  L.L.C.<br>P.O. Box 212<br>Holland, OH  43528-0212 |
| | Delaware Quarries, Inc.<br>P.O. Box 778<br>New Hopes, PA  18938-0778 |
| | Dillon Transport, Inc.<br>289 Blue Stone Hills Dr.<br>Harrisonburg, VA  22801-3412 |
| | Don Miley Paper<br>6910 Greentree Ln.<br>Maumee, OH  43537 |
| | Dunigan Bros. Inc.<br>911 E. South Street<br>Jackson, MI  49203-4404 |
| | Earthcore Industries, LLC<br>P.O. Box 277712<br>Atlanta, GA  30384-7712 |
| | Eden Stone Company<br>4520 Lime Road<br>Eden, WI  53019 |
| | F. Hammond Rubble Stone Supplies<br>P.O. Box 38<br>Flat Rock, OH  44828-0038 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>        Case No. _____

Debtor(s)                 (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Fabriscape, Inc.<br>6398 W. 74th Street<br>Bedford Park, IL  60638-6129<br><br>Fleet One Factoring<br>P.O. Box 102970<br>Atlanta, GA  30368-2970<br><br>Fleet Pride<br>P.O Box 281811<br>Atlanta, GA  30384-1811<br><br>Fuller Five Landscape Supply<br>P.O. Box 150<br>Cusseta, AL  36852-0150<br><br>Gerken Materials, Inc.<br>P.O. Box 607<br>Napoleon, OH  43545-0607<br><br>Halquist Stone<br>P.O. Box 308<br>Sussex, WI  53089-0308<br><br>Hambly Trucking<br>P.O. Box 24<br>Delta, OH  43515-0024<br><br>Henri Studio, LLC<br>Dept. 5405<br>P.O. Box 1170<br>Milwaukee, WI  53201-1170<br><br>Indiana Limestone Company<br>P.O. Box 1560<br>Bedford, IN  47421-6560<br><br>J & N Stone<br>905 E. Waterford<br>Wakarusa, IN  46573-9560<br><br>Kafka Granite, LLC<br>101 S. Weber Avenue<br>Stratford, WI  54484-9301<br><br>Keene Carriers, Inc.<br>P.O. Box H<br>Rosedale, VA  24280-0200<br><br>Kemper Investors<br>P.O. Box 740518<br>Atlanta, GA  30374-0518<br><br>Kenlite<br>1797 Coral Ridge Road<br>Shepardsville, KY  40165<br><br>Kevin Nolan Trucking & Construction, LLC |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                                    Case No. _____
                         Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **10237 Rice Street**<br>**Maybee, MI 48159-9603**<br><br>**Lowe's / GE Money Bank**<br>**Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076**<br><br>**Majestic Stone, Inc.**<br>**6219 Ogden Road**<br>**Dayton, TN 37321-6613**<br><br>**Meshoppen Stone, Inc.**<br>**P.O. Box 127**<br>**Meshoppen, PA 18630-0127**<br><br>**Mohr Trucking**<br>**4764 Co. Rd. 3**<br>**Swanton, OH 43558-9048**<br><br>**Parker Tire**<br>**6001 U.S. Rt. 20A**<br>**Delta, OH 43515-9361**<br><br>**Phoenix Stone Co.**<br>**74 Floral Avenue**<br>**Mt. Clemens, MI 48043-2153**<br><br>**Prestige Stone Products, LLC**<br>**4469 CR 229**<br>**Fredericksburg, OH 44627-9426**<br><br>**Red Flint Sand & Gravel, LLC**<br>**1 American Blvd.**<br>**Eau Claire, WI 54701-6145**<br><br>**Red Rock Granite, Inc.**<br>**1406 State Highway 107**<br>**Mosinee, WI 54455**<br><br>**Robison, Curphey & O'Connell, LLC**<br>**4 Seagate, 9th Floor**<br>**Toledo, OH 43604**<br><br>**Round Lake Sand & Gravel**<br>**P.O. Box 607**<br>**Napoleon, OH 43545-0607**<br><br>**S. Parker Trucking, LLC**<br>**8875 Shroeder Road**<br>**Riga, MI 49276-9603**<br><br>**Seagate Office Products**<br>**1044 Hamilton Drive**<br>**Holland, OH 43528-8210**<br><br>**Seal King U.S. Division**<br>**14 Melanie Dr., Unit #14** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M.                                              Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Brampton, Ontario CANADA,     L6T 4L3 |
| | Semco Stone<br>50 Robinson Industrial Dr.<br>Perryville, MO  63775-3074 |
| | Sentinel-Tribune<br>PO Box 88<br>Bowling Green, OH  43402-0088 |
| | Shell Oil<br>P.O. Box 183019<br>Columbus, OH  43218-3019 |
| | Shrader Tire & Oil<br>P.O. Box 5407<br>Toledo, OH  43613-0407 |
| | Smart-Link Systems<br>P.O. Box 382<br>Oak Harbor, OH  43449-0382 |
| | Stansley Mineral Resources<br>P.O. Box 76789<br>Cleveland, OH  44101-6500 |
| | Stone Age Creations, LTD<br>40 South Main St.<br>New London, OH  44851-1138 |
| | Stoneco, Inc.<br>P.O. Box 71-4724<br>Columbus, OH  43271 |
| | Suburban Sanitation<br>P.O. Box 206<br>Holland, OH  43528-0206 |
| | Sylvania Herald<br>405 N. Main Street<br>Delphos, OH  45833-1577 |
| | T & J Excavating & Tree Cleaning<br>8860 Geiser Road<br>Holland, OH  43528-9021 |
| | T.R. Worline & Assoc., Inc.<br>210 S. Main Street<br>Swanton, OH  43558-1347 |
| | Table Rock Quarries, Inc.<br>938 Hwy. 70 West<br>Marion, NC  28752-5825 |
| | Tawa Tree Service<br>8420 CR 140<br>Findlay, OH  45840-1829 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Tebay & Associates**<br>**885 Commerce Drive**<br>**Perrysburg, OH  43551**<br><br>**Tennessee Natural Stone & Landscape**<br>**976 Happy Top Road**<br>**Grandview, TN  37337-5039**<br><br>**The Mirror Newspaper**<br>**113 W. Wayne Street**<br>**Maumee, OH  43537**<br><br>**The Wright Mulch**<br>**700 East Hanthorn Rd.**<br>**Lima, OH  45804-3826**<br><br>**Titan Construction Supply, Inc.**<br>**P.O. Box 1020**<br>**Maumee, OH  43537**<br><br>**Toledo Blade**<br>**P.O. Box 984**<br>**Toledo, OH  43697-0984**<br><br>**Toledo Edison**<br>**P.O. Box 3638**<br>**Akron, OH  44309-3638**<br><br>**Toledo Free Press**<br>**605 Monroe Street**<br>**Toledo, OH  43604-1015**<br><br>**Transportation, Inc.**<br>**P.O. Box 369**<br>**Ottawa, KS  66067-0369**<br><br>**Transtar Electric**<br>**767 Warehouse Rd. Ste. B**<br>**Toledo, OH  43615-6491**<br><br>**Tri County Block & Brick**<br>**1628 U.S. 20A**<br>**Swanton, OH  43558-8662**<br><br>**Verizon  Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA  18002-3505**<br><br>**Waldron Trucking**<br>**3350 Co. Rd. EF**<br>**Swanton, OH  43558-9718**<br><br>**West Alabama Sand & Gravel**<br>**146 Co. Rd. 136**<br>**Fayette, AL  35555**<br><br>**Whitacre Greer Co., Inc.**<br>**P.O. Box 71-4531** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>　　　　　　　　　　　　　　Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Columbus, OH  43271-4531 |
| | **Whiteford Kenworth**<br>P.O. Box 76<br>Southbend, IN  46624-0076 |
| | **Huntington National Bank**<br>105 East Fourth Street<br>Cincinnati, OH  45202 |
| | **Huntington National Bank**<br>105 East Fourth Street<br>Cincinnati, OH  45202 |
| | **Komatsu Financial**<br>P.O. Box 99303<br>Chicago, IL  60693-9303 |
| | **LEAF Financial Corporation**<br>One Commerce Square<br>2005 Market Street, 15th Floor<br>Philadelphia, PA  19103 |
| | **JPMorgan Chase Bank, N.A.**<br>1111 Polaris Parkway<br>Columbus, OH  43240 |
| | **CitiCapital**<br>PO Box 168647<br>Irving, TX  75016-8647 |
| | **PACCAR Financial Corp.**<br>P.O. Box 1518<br>Bellevue, WA  98009-1518 |
| | **Commercial Credit Group, Inc.**<br>121 West Trade Street, Suite 2100<br>Charlotte, NC  28202 |
| **Sandman Trucking, Inc.**<br>9025 Old Airport Highway<br>Holland, OH  43528 | **Huntington National Bank**<br>519 Madison Avenue<br>Toledo, OH  43604 |
| | **Atlas Oil Company**<br>24501 Encorse Road<br>Taylor, MI  48180 |
| | **Ohio Department Of Taxation**<br>Attn:  Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH  43216-0530 |
| | **ADT Security Services**<br>P.O. Box 371967<br>Pittsburg, PA  15250-7300 |
| | **Alliance Designer**<br>225 Blvd. Bellerose West<br>Laval QUEBEC, CANADA,     H7L 6A1 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____
<span>Debtor(s)</span>                                                                     (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| | AmeriState Transportation<br>52075 TR 509<br>Fresno, OH 43824-9420 |
| | Arrow Print & Copy<br>P.O. Box 476<br>Toledo, OH 43697-0476 |
| | Arrow Uniform<br>6400 Monroe Blvd<br>Taylor, MI 48180-1899 |
| | Artistic Memorials, LTD.<br>12551 Jefferson Street<br>Perrysburg, OH 43551 |
| | Ayers Supply, Inc.<br>2036 Newton Ransom<br>Clarks Summit, PA 18411-9693 |
| | B & B Truck Equipment, Inc.<br>1251 100th St. SW<br>Bryan Center, MI 49315 |
| | Best Sand Corporation/Fairmount<br>P.O. Box 931707<br>Cleveland, OH 44193-1815 |
| | Bluffton Stone Company<br>P.O. Box 26<br>Bluffton, OH 45817-0026 |
| | Boulder Select<br>3930 Old Smithville Hwy.<br>Sparta, TN 38583-5814 |
| | Bowser-Morner, Inc.<br>PO Box 51<br>Dayton, OH 45401-0051 |
| | Brickstop Corporation<br>205 Champagne Drive, Unit 3A<br>Toronto, Ontario, CANADA,    M3J2C6 |
| | Bruce Wallace Transportation Services<br>6 Pelletier, Salaberry-De-Valleyfield<br>Quebec, CANADA,    J6T6E9 |
| | C.H. Robinson Co., Inc.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 |
| | Capital One |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Parker, Shaun M.</u>                                    Case No. _____

<span style="font-size:smaller">Debtor(s)</span>                                    <span style="font-size:smaller">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Bankruptcy Dept.<br>PO Box 85167<br>Richmond, VA  23285-5167<br><br>Capital One<br>Bankruptcy Dept.<br>PO Box 85167<br>Richmond, VA  23285-5167<br><br>Castle Rock Quarries, Inc.<br>PO Box 5773<br>Chattanooga, TN  37406-0773<br><br>Cincinnati Life<br>PO Box 145496<br>Cincinnati, OH  45250-5496<br><br>Colorado Quarries, Inc.<br>270 S. 15th Street<br>Canon City, CO  81212-3904<br><br>Commercial Hauling Co., Inc.<br>P.O. Box 5798<br>Birmingham, AL  35207-0798<br><br>Creative Stone<br>4011 South Avenue<br>Toledo, OH  43615<br><br>CTE Sand & Gravel<br>P.O. Box 588<br>Clinton, MI  49236-0588<br><br>Culligan Water<br>P.O. Box 611<br>Toledo, OH  43697-0611<br><br>Curv-Rite, Inc.<br>3603 North Main Street<br>Wayland, MI  49348<br><br>D.T.S.,  L.L.C.<br>P.O. Box 212<br>Holland, OH  43528-0212<br><br>Delaware Quarries, Inc.<br>P.O. Box 778<br>New Hopes, PA  18938-0778<br><br>Dillon Transport, Inc.<br>289 Blue Stone Hills Dr.<br>Harrisonburg, VA  22801-3412<br><br>Don Miley Paper<br>6910 Greentree Ln.<br>Maumee, OH  43537<br><br>Dunigan Bros. Inc. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                                            Case No. _____

          Debtor(s)                                                                              (If known)

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 911 E. South Street<br>Jackson, MI  49203-4404<br><br>Earthcore Industries, LLC<br>P.O. Box 277712<br>Atlanta, GA  30384-7712<br><br>Eden Stone Company<br>4520 Lime Road<br>Eden, WI  53019<br><br>F. Hammond Rubble Stone Supplies<br>P.O. Box 38<br>Flat Rock, OH  44828-0038<br><br>Fabriscape, Inc.<br>6398 W. 74th Street<br>Bedford Park, IL  60638-6129<br><br>Fleet One Factoring<br>P.O. Box 102970<br>Atlanta, GA  30368-2970<br><br>Fleet Pride<br>P.O Box 281811<br>Atlanta, GA  30384-1811<br><br>Fuller Five Landscape Supply<br>P.O. Box 150<br>Cusseta, AL  36852-0150<br><br>Gerken Materials, Inc.<br>P.O. Box 607<br>Napoleon, OH  43545-0607<br><br>Halquist Stone<br>P.O. Box 308<br>Sussex, WI  53089-0308<br><br>Hambly Trucking<br>P.O. Box 24<br>Delta, OH  43515-0024<br><br>Henri Studio, LLC<br>Dept. 5405<br>P.O. Box 1170<br>Milwaukee, WI  53201-1170<br><br>Indiana Limestone Company<br>P.O. Box 1560<br>Bedford, IN  47421-6560<br><br>J & N Stone<br>905 E. Waterford<br>Wakarusa, IN  46573-9560<br><br>Kafka Granite, LLC<br>101 S. Weber Avenue |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                                                                    Case No. _____
             <span style="font-size:small">Debtor(s)</span>                                                                                    <span style="font-size:small">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Stratford, WI  54484-9301 |
| | Keene Carriers, Inc.<br>P.O. Box H<br>Rosedale, VA  24280-0200 |
| | Kemper Investors<br>P.O. Box 740518<br>Atlanta, GA  30374-0518 |
| | Kenlite<br>1797 Coral Ridge Road<br>Shepardsville, KY  40165 |
| | Kevin Nolan Trucking & Construction, LLC<br>10237 Rice Street<br>Maybee, MI  48159-9603 |
| | Lowe's / GE Money Bank<br>Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA  30076 |
| | Majestic Stone, Inc.<br>6219 Ogden Road<br>Dayton, TN  37321-6613 |
| | Meshoppen Stone, Inc.<br>P.O. Box 127<br>Meshoppen, PA  18630-0127 |
| | Mohr Trucking<br>4764 Co. Rd. 3<br>Swanton, OH  43558-9048 |
| | Parker Tire<br>6001 U.S. Rt. 20A<br>Delta, OH  43515-9361 |
| | Phoenix Stone Co.<br>74 Floral Avenue<br>Mt. Clemens, MI  48043-2153 |
| | Prestige Stone Products, LLC<br>4469 CR 229<br>Fredericksburg, OH  44627-9426 |
| | Red Flint Sand & Gravel, LLC<br>1 American Blvd.<br>Eau Claire, WI  54701-6145 |
| | Red Rock Granite, Inc.<br>1406 State Highway 107<br>Mosinee, WI  54455 |
| | Robison, Curphey & O'Connell, LLC<br>4 Seagate, 9th Floor<br>Toledo, OH  43604 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Parker, Shaun M.                                    Case No. _____
　　　　　　　　　Debtor(s)                                                （If known）

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Round Lake Sand & Gravel**<br>P.O. Box 607<br>Napoleon, OH  43545-0607<br><br>**S. Parker Trucking, LLC**<br>8875 Shroeder Road<br>Riga, MI  49276-9603<br><br>**Seagate Office Products**<br>1044 Hamilton Drive<br>Holland, OH  43528-8210<br><br>**Seal King U.S. Division**<br>14 Melanie Dr., Unit #14<br>Brampton, Ontario CANADA,      L6T 4L3<br><br>**Semco Stone**<br>50 Robinson Industrial Dr.<br>Perryville, MO  63775-3074<br><br>**Sentinel-Tribune**<br>PO Box 88<br>Bowling Green, OH  43402-0088<br><br>**Shell Oil**<br>P.O. Box 183019<br>Columbus, OH  43218-3019<br><br>**Shrader Tire & Oil**<br>P.O. Box 5407<br>Toledo, OH  43613-0407<br><br>**Smart-Link Systems**<br>P.O. Box 382<br>Oak Harbor, OH  43449-0382<br><br>**Stansley Mineral Resources**<br>P.O. Box 76789<br>Cleveland, OH  44101-6500<br><br>**Stone Age Creations, LTD**<br>40 South Main St.<br>New London, OH  44851-1138<br><br>**Stoneco, Inc.**<br>P.O. Box 71-4724<br>Columbus, OH  43271<br><br>**Suburban Sanitation**<br>P.O. Box 206<br>Holland, OH  43528-0206<br><br>**Sylvania Herald**<br>405 N. Main Street<br>Delphos, OH  45833-1577<br><br>**T & J Excavating & Tree Cleaning** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Parker, Shaun M.</u>                                   Case No. _____

                                      Debtor(s)                                           (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | 8860 Geiser Road<br>Holland, OH  43528-9021<br><br>T.R. Worline & Assoc., Inc.<br>210 S. Main Street<br>Swanton, OH  43558-1347<br><br>Table Rock Quarries, Inc.<br>938 Hwy. 70 West<br>Marion, NC  28752-5825<br><br>Tawa Tree Service<br>8420 CR 140<br>Findlay, OH  45840-1829<br><br>Tebay & Associates<br>885 Commerce Drive<br>Perrysburg, OH  43551<br><br>Tennessee Natural Stone & Landscape<br>976 Happy Top Road<br>Grandview, TN  37337-5039<br><br>The Mirror Newspaper<br>113 W. Wayne Street<br>Maumee, OH  43537<br><br>The Wright Mulch<br>700 East Hanthorn Rd.<br>Lima, OH  45804-3826<br><br>Titan Construction Supply, Inc.<br>P.O. Box 1020<br>Maumee, OH  43537<br><br>Toledo Blade<br>P.O. Box 984<br>Toledo, OH  43697-0984<br><br>Toledo Edison<br>P.O. Box 3638<br>Akron, OH  44309-3638<br><br>Toledo Free Press<br>605 Monroe Street<br>Toledo, OH  43604-1015<br><br>Transportation, Inc.<br>P.O. Box 369<br>Ottawa, KS  66067-0369<br><br>Transtar Electric<br>767 Warehouse Rd. Ste. B<br>Toledo, OH  43615-6491<br><br>Tri County Block & Brick<br>1628 U.S. 20A<br>Swanton, OH  43558-8662 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Parker, Shaun M. _____ Case No. _____
<span>          Debtor(s)</span> <span>(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Verizon Wireless**<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-3505<br><br>**Waldron Trucking**<br>3350 Co. Rd. EF<br>Swanton, OH 43558-9718<br><br>**West Alabama Sand & Gravel**<br>146 Co. Rd. 136<br>Fayette, AL 35555<br><br>**Whitacre Greer Co., Inc.**<br>P.O. Box 71-4531<br>Columbus, OH 43271-4531<br><br>**Whiteford Kenworth**<br>P.O. Box 76<br>Southbend, IN 46624-0076<br><br>**Huntington National Bank**<br>105 East Fourth Street<br>Cincinnati, OH 45202<br><br>**Huntington National Bank**<br>105 East Fourth Street<br>Cincinnati, OH 45202<br><br>**Komatsu Financial**<br>P.O. Box 99303<br>Chicago, IL 60693-9303<br><br>**LEAF Financial Corporation**<br>One Commerce Square<br>2005 Market Street, 15th Floor<br>Philadelphia, PA 19103<br><br>**JPMorgan Chase Bank, N.A.**<br>1111 Polaris Parkway<br>Columbus, OH 43240<br><br>**CitiCapital**<br>PO Box 168647<br>Irving, TX 75016-8647<br><br>**PACCAR Financial Corp.**<br>P.O. Box 1518<br>Bellevue, WA 98009-1518<br><br>**Commercial Credit Group, Inc.**<br>121 West Trade Street, Suite 2100<br>Charlotte, NC 28202 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____ Case No. _____
           Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**6**<br>**5**<br>**2** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer   **Unemployed**<br>How long employed<br>Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)      DEBTOR      SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ _____ | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>  (Specify) **Unemployment Compensation** | $ **2,310.00** | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>  (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **2,310.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **2,310.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)            $ _____ **2,310.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____    Case No. _____
Debtor(s)                                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

<table>
<tr><td>1. Rent or home mortgage payment (include lot rented for mobile home)</td><td>$</td><td>1,780.00</td></tr>
<tr><td>   a. Are real estate taxes included?   Yes ✓ No ___</td><td></td><td></td></tr>
<tr><td>   b. Is property insurance included?   Yes ✓ No ___</td><td></td><td></td></tr>
<tr><td>2. Utilities:</td><td></td><td></td></tr>
<tr><td>   a. Electricity and heating fuel</td><td>$</td><td>200.00</td></tr>
<tr><td>   b. Water and sewer</td><td>$</td><td>100.00</td></tr>
<tr><td>   c. Telephone</td><td>$</td><td>70.00</td></tr>
<tr><td>   d. Other  **Cable, Internet, Phone**</td><td>$</td><td>120.00</td></tr>
<tr><td></td><td>$</td><td></td></tr>
<tr><td>3. Home maintenance (repairs and upkeep)</td><td>$</td><td></td></tr>
<tr><td>4. Food</td><td>$</td><td>600.00</td></tr>
<tr><td>5. Clothing</td><td>$</td><td>100.00</td></tr>
<tr><td>6. Laundry and dry cleaning</td><td>$</td><td>20.00</td></tr>
<tr><td>7. Medical and dental expenses</td><td>$</td><td>50.00</td></tr>
<tr><td>8. Transportation (not including car payments)</td><td>$</td><td>150.00</td></tr>
<tr><td>9. Recreation, clubs and entertainment, newspapers, magazines, etc.</td><td>$</td><td></td></tr>
<tr><td>10. Charitable contributions</td><td>$</td><td></td></tr>
<tr><td>11. Insurance (not deducted from wages or included in home mortgage payments)</td><td></td><td></td></tr>
<tr><td>   a. Homeowner's or renter's</td><td>$</td><td></td></tr>
<tr><td>   b. Life</td><td>$</td><td></td></tr>
<tr><td>   c. Health</td><td>$</td><td></td></tr>
<tr><td>   d. Auto</td><td>$</td><td>100.00</td></tr>
<tr><td>   e. Other</td><td>$</td><td></td></tr>
<tr><td></td><td>$</td><td></td></tr>
<tr><td>12. Taxes (not deducted from wages or included in home mortgage payments)</td><td></td><td></td></tr>
<tr><td>   (Specify)</td><td>$</td><td></td></tr>
<tr><td></td><td>$</td><td></td></tr>
<tr><td>13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)</td><td></td><td></td></tr>
<tr><td>   a. Auto</td><td>$</td><td>650.00</td></tr>
<tr><td>   b. Other</td><td>$</td><td></td></tr>
<tr><td></td><td>$</td><td></td></tr>
<tr><td>14. Alimony, maintenance, and support paid to others</td><td>$</td><td></td></tr>
<tr><td>15. Payments for support of additional dependents not living at your home</td><td>$</td><td></td></tr>
<tr><td>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)</td><td>$</td><td></td></tr>
<tr><td>17. Other</td><td>$</td><td></td></tr>
<tr><td></td><td>$</td><td></td></tr>
<tr><td></td><td>$</td><td></td></tr>
</table>

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.
$ _____ 3,940.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

<table>
<tr><td>   a. Average monthly income from Line 15 of Schedule I</td><td>$</td><td>2,310.00</td></tr>
<tr><td>   b. Average monthly expenses from Line 18 above</td><td>$</td><td>3,940.00</td></tr>
<tr><td>   c. Monthly net income (a. minus b.)</td><td>$</td><td>-1,630.00</td></tr>
</table>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Parker, Shaun M.** _____  Case No. _____
Debtor(s)                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**53** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 22, 2010** _____  Signature: */s/ Shaun M. Parker* _____
**Shaun M. Parker**                                                           Debtor

Date: _____  Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**                                              Case No. _____

Parker, Shaun M. _____   Chapter **7** _____

                               Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | 2010 (Year-to-Date) |
| 55,203.00 | 2009 |
| 102,113.00 | 2008 |

---

### 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 17,272.00 | 2010 Unemployment Compensation |
| 1,800.00 | 2009 Casino |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Fifth Third Bank | August, September, October 2010 mortgage payments | 5,340.00 | 240,964.64 |
| American Honda Finance Corp. P.O. Box 5308 Elgin, IL  60121-5308 | August, September, October car payments | 1,950.00 | 16,226.67 |

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Huntington National Bank vs. Sandman Trucking, Inc. et al. CI-201001672-000 | Complaint on Promissory Notes and Commercial Guaranties and for Foreclosure of Mortgage | Lucas County Common Pleas Court Toledo, Ohio | Judgment for Plaintiff on Cognovit Note |
| Atlas Oil Company vs. Sandman Trucking, Inc. et al. CI-201004070-000 | Debt collection | Lucas County Common Pleas Court Toledo, Ohio | Judgment for Plaintiff |
| Shrader Tire & Oil of Michigan vs. Sandman Trucking, Inc. CVF 1000352 | Debt collection | Sylvania Municipal Court Sylvania, Ohio | Judgment for Plaintiff |
| Tennessee Natural Stone vs. Sandman Trucking, Inc. CI-200907076-000 | Debt collection | Lucas County Common Pleas Court Toledo, Ohio | Pending |
| The Huntington National Bank vs. Sandman Trucking, Inc. CI-201002156-000 | Debt collection | Lucas County Common Pleas Court Toledo, Ohio | Judgment for Plaintiff |
| Phoenix Stone Company vs. Shaun Parker dba Sandman Trucking, Inc. Case No. 09-11297M SC | Debt collection | State of Michigan, 41B Judicial District 22380 Starks Drive, Clinton Township, MI 48036 | Judgment for Plaintiff |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

<sub>None</sub> ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chrysler Financal**<br>**P.O. Box 9223**<br>**Farmington Hills, MI  48333-9223** | | **2008 Dodge Dakota returned** |

**6. Assignments and receiverships**

<sub>None</sub> ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

<sub>None</sub> ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

<sub>None</sub> ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

<sub>None</sub> ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

<sub>None</sub> ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James M. Perlman, Esq.**<br>**416 North Erie Street, Suite 100**<br>**Toledo, OH  43604** | **April 2010** | **1,500.00** |

**10. Other transfers**

<sub>None</sub> ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Paul & Julie Goldner** | **6/14/2010** | **Interest in real estate;  all short sale proceeds paid to Fifth Third Bank** |

<sub>None</sub> ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH  45263** | **Checking** | **5/25/10 balance $0.00** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Sandman Trucking, Inc.** | **34-1834146** | | **mining and retail** | **6/3/1996 thru 12/31/2009** |

None
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October 22, 2010** _____ Signature **/s/ Shaun M. Parker**
of Debtor

**Shaun M. Parker**

Date: _____ Signature _____
of Joint Debtor
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Northern District of Ohio

IN RE:

Case No. _____

**Parker, Shaun M.**
_____

Chapter **7** _____

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Honda Finance Corp.** | **Describe Property Securing Debt:**<br>**2007 Honda Odyssey (66,000 miles)** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**1091 Westridge Drive, Waterville, Ohio 43566 legally describe** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**October 22, 2010**_____   ___***/s/ Shaun M. Parker***_____
Signature of Debtor

_____
Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**1091 Westridge Drive, Waterville, Ohio 43566 legally describe** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet __1__ of __1__

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

IN RE:  Case No. _____

**Parker, Shaun M.** _____  Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ..................................................................... $ _____ **1,500.00**

   Prior to the filing of this statement I have received ........................................................... $ _____ **1,500.00**

   Balance Due .......................................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation of the debtor in adversary proceedings and other contested bankruptcy matters.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **October 22, 2010**  */s/ James M. Perlman*
Date

**James M. Perlman 0019412**
**Groth & Associates**
**416 N. Erie Street Suite 100**
**Toledo, OH  43604-5664**
**(419) 724-1776  Fax: (419) 930-3032**
**jperl@bex.net**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only